IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 99-CR-30066-DRH |
| ANTHONY D. JINES, | ) |
| Defendant. | ) |

## **ORDER**

Pursuant to Defendant's motion to continue his sentencing date on his supervised release revocation from the date of the hearing on the Petition to Revoke his supervised release, and good cause having been shown therefore, said motion is **GRANTED**.

IT IS FURTHER ORDERED that the sentencing hearing on Defendant's revocation of his supervised release is set on November 3, 2006 at 1:30 p.m.

DATE: July 19, 2006 /s/     David   RHerndon
United States District Judge